[No. 8997–1–II.   Division Two.   July 15, 1987.]

CLALLAM COUNTY, *Appellant,* v. LLOYD BEEBE,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 83–2–00069–9, Grant S. Meiner, J., entered June 25, 1985. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.

[No. 15887–2–I.   Division One.   April 20, 1987.]

JAMES H. STACK, ET AL, *Appellants,* v. BLUE CROSS OF
WASHINGTON AND ALASKA, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–04249–4, Robert E. Dixon, J., entered December 20, 1984. *Reversed* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Williams, J.

[No. 9434–7–II.   Division Two.   July 17, 1987.]

SALLY STANLEY, ET AL, *Appellants,* v. LARRY ROY DAWSON,
*as Personal Representative, Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–2–04825–2, Robert H. Peterson, J., entered December 6, 1985. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Kruse and Strophy, JJ. Pro Tem.